NOT FOR COMMERCIAL PUBLICATION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Official Time Stamp
U.S. Bankruptcy Court
Northern District of Ohio
August 19, 2009
(4:05pm)

| | | |
|---|---|---|
| In re: | ) | Case No. 08-15168 |
| | ) | |
| MARYBELLE L. THOMPSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | **ORDER** |

For the reasons stated in the memorandum of opinion entered this same date, the debtor's objection to the claim of The Bank of New York Trust Co., N.A. as successor to JPMorgan Chase Bank N.A. as indenture trustee, its successors and assigns filed by Litton Loan Servicing LP[1] is sustained and the claim is disallowed in its entirety. (Docket 34).

IT IS SO ORDERED.

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

---

[1] Claim 6 on the case claims register.